**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

John Anthony Singleton, Appellant.

Appellate Case No. 2017-001447

———————

Appeal From Charleston County
Roger L. Couch, Circuit Court Judge

———————

Unpublished Opinion No. 2019-UP-015
Submitted November 1, 2018 – Filed January 9, 2019

———————

**APPEAL DISMISSED**

———————

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.